EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>          Plaintiff,  <br>     vs.  <br>JONATHAN E. CORDOVA,  <br>          Defendant. | Criminal Number:  CR 05-00007  <br>BENCH WARRANT RECALL/DISMISSAL  <br>Citation Number:  A1134827/H-10  <br>                  A1134828/H-10  <br>18 U.S.C. § 13  <br>Hawaii Revised Statutes  <br>§§ 291E-61(a)(3), §§ 291-2 |

BENCH WARRANT RECALL AND DISMISSAL

Good cause appearing, the United States Attorney hereby requests the court to recall the bench warrant and dismiss the indictments against JONATHAN E. CORDOVA, issued December 13, 2005 on the grounds that the Defendant received non-judicial

punishment by the Navy for the above-cited offenses on November 7, 2005.

DATED: 29 DEC 2005, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

_____     Dated: DEC 3 0 2005
UNITED STATES MAGISTRATE JUDGE

2